IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:23-mj-246 |
| MICHAEL SCOTT, | Hearing: December 7, 2023<br>10:00 AM |
| Defendant. | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT on or about October 7, 2022, and October 10, 2022, in Loudon County, Virginia, within the Eastern District of Virginia, the defendant, MICHAEL SCOTT, took migratory game birds on and over a baited area while he knew or should have known that the area was a baited area.

(In violation of Title 16, United States Code, Section 704(b)(1)).

Respectfully submitted,

Raj Parekh
Acting United States Attorney

Date: November 17, 2023      By: _____/s/_____

Sehar Sabir
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I certify that I will e-mail defense counsel Aaron Book a copy of the Criminal

Information and Summons for the above-captioned defendant. Mr. Book has confirmed that he

will accept service of the Criminal Information and Summons on behalf of his client via e-mail.


By:    _____/s/_____
       Sehar Sabir
       Assistant United States Attorney
       United States Attorney's Office
       Eastern District of Virginia
       2100 Jamieson Avenue
       Alexandria, VA 22314
       Phone: 703-299-3964
       Fax: 703-299-3980
       Email: sehar.sabir@usdoj.gov